## Murphy, Appellant, *v.* Janney Machine Corp.

Argued December 7, 1970. *Bernard I. Shovlin,* for appellant; *Martin J. Corr,* with him *David L. Pennington,* and *Liebert, Harvey, Herting, Short & Lavin,* for appellees.
Order affirmed.

## Notoris, Appellant, *v.* Hanover Insurance Company.

Argued December 8, 1970. *Barnie F. Winkelman,* with him *Benjamin A. Katz,* for appellant; *Richard W. Hopkins,* with him *White and Williams,* for appellee.
Order and judgment affirmed; reargument refused February 24, 1971.

## Peele Unemployment Compensation Case.

Argued December 10, 1970. No oral argument was made nor brief submitted for appellant; *Sydney Reuben,* Assistant Attorney General, with him *Fred Speaker,* Attorney General, for Unemployment Compensation Board of Review, appellee.
Decision affirmed.